UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**VINCENT NATHANIEL ROUNDTREE,**

        **Plaintiff,**

**v.**                                       **Case No:  6:17-cv-566-Orl-41KRS**

**COMMISSIONER OF SOCIAL
SECURITY,**

        **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1). Plaintiff seeks review of a final decision of the Commissioner of Social Security denying his application for Supplemental Security Income. United States Magistrate Judge Karla R. Spaulding submitted a Report and Recommendation (Doc. 16), recommending that the final decision be reversed and remanded for further proceedings.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner is **REVERSED** and **REMANDED** to the Commissioner for further proceedings.

3. The Clerk is directed to enter judgment in favor of Plaintiff. Thereafter, the Clerk shall close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 7, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record