# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**VINCENT NATHANIEL ROUNDTREE,**

        **Plaintiff,**

v.                                   **Case No: 6:17-cv-566-Orl-41DCI**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

## REPORT AND RECOMMENDATION

This cause comes before the Court for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **REQUEST FOR AUTHORIZATION TO CHARGE A REASONABLE FEE AND MEMORANDUM ON REASONABLE FEES PURSUANT TO 42 U.S.C. § 406(b) (Doc. 24)** |
| **FILED:** | **April 4, 2019** |
| | **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**. |

Plaintiff's counsel moves for an award of attorney fees pursuant to 42 U.S.C. § 406(b)(1). Doc. 24 (the Motion).[1] Plaintiff's counsel states that following the Court's reversal of the Commissioner's decision denying disability benefits and remand of the case for further administrative proceedings, Plaintiff was awarded $34,154.00 in past-due benefits. (Doc. 24 at 2; 24-2 at 1). A quarter of the total amount of benefits awarded in this matter equates to $8,538.50.

---

[1] The Motion is unopposed. Doc. 24 at 3.

*See* 42 U.S.C. § 406(b)(1) (recovery of such fees under this section may not exceed 25% of the total past-due benefits). Plaintiff's counsel, however, only seeks to recover $2,538.50 in attorney fees pursuant to § 406(b). Doc. 24 at 2. Plaintiff's counsel states that the fees he seeks to collect includes a deduction of the attorney fees ($3,616.67) previously awarded under the Equal Access to Justice Act (EAJA). *Id.* at 2; *see Jackson v. Comm'r of Soc. Sec.*, 601 F.3d 1268, 1274 (11th Cir. 2010) (holding that counsel may effectuate the refund of a smaller EAJA award by either refunding the amount awarded under the EAJA to the client or deducting that amount from counsel's request for § 406(b) fees). Upon review, the undersigned finds that Plaintiff's counsel's request for $2,538.50 in attorney fees does not run afoul of the limit imposed by § 406(b) and is reasonable under the circumstances of this case.

Accordingly, it is respectfully **RECOMMENDED** that the Motion (Doc. 24) be **GRANTED** and Plaintiff's counsel be authorized to charge and collect from Plaintiff the sum of $2,538.50 in attorney fees.

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

Recommended in Orlando, Florida on May 9, 2019.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy