UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**VINCENT NATHANIEL ROUNDTREE,**

    **Plaintiff,**

v.         **Case No: 6:17-cv-566-Orl-41DCI**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Counsel's Request for Authorization to Charge a Reasonable Fee (Doc. 24). United States Magistrate Judge Daniel C. Irick issued a Report and Recommendation (Doc. 26), in which he recommends granting the motion.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Counsel's Request for Authorization to Charge a Reasonable Fee (Doc. 24) is **GRANTED**.

3. The Court approves an award of attorney's fees in the amount of $2,538.50.

**DONE** and **ORDERED** in Orlando, Florida on May 28, 2019.



Copies furnished to:

Counsel of Record